FILE COPY



# 11TH COURT OF

# APPEALS EASTLAND,

# TEXAS JUDGMENT

| | |
|---|---|
| In re Crescent Directional Drilling, L.P., Crescent Directional Drilling, LLC, George Moody, Toby Engle, Cody Mebane, Steve Bibb, Ricky Neagle and William Hoffman, | * Original Mandamus Proceeding |
| No. 11-13-00359-CV | * December 23, 2013 |
| | * Panel consists of: Wright, C..J., Bailey, J., and McCall, sitting by assignment |

This court has considered relator's petition for writ of mandamus and concludes that the writ of mandamus should be denied. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is denied.